IN UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SIGNAZON CORP., d/b/a SIGNAZON.COM § § § *Plaintiff*, § § v. § CIVIL ACTION NO. 3:20-cv-3432 § FIRST GRAPHIC SERVICES, INC., § and RICHARD D. CARTWRIGHT, § § *Defendants*. § | |

## SECOND AGREED MOTION TO EXTEND TIME

Plaintiff Signazon Corp. d/b/a Signazon.com ("Plaintiff" and/or "Signazon") hereby files this Second Agreed Motion to Extend Time pursuant to Rule 6 of the Federal Rules of Civil Procedure, and moves this Court for an order to extend the time for Defendants First Graphic Services, Inc. and Richard D. Cartwright (collectively, "Defendants" and/or the "FGS Parties") to file an answer or otherwise plead in the above-titled action. In support hereof, Plaintiff shows the following:

1. On or about November 17, 2020, Plaintiff filed its Original Complaint For Copyright Infringement (the "Complaint") against the FGS Parties asserting various claims for copyright infringement.

2. The FGS Parties were served with the Complaint on November 24, 2020.

3. Defendants' deadline to file an answer or other responsive pleading was December 15, 2020. This was previously extended by the Court to January 15, 2021. Accordingly, the time for filing an answer or other pleading has not yet expired.

4. Counsel for Plaintiff has conferred with Counsel for Defendants (who has not yet entered an appearance in this matter) and agreed that an extension of time to respond is appropriate

for several reason: the parties would like additional time to fully explore whether a resolution of this matter is possible without the need for further judicial intervention.

5. More specifically, Plaintiff requests that Defendants' deadline to file a response to the Complaint be extended until and including January 29, 2021.

6. This Motion to Extend Time is not being made for the purpose of delay, and no party will be prejudiced by the extension of time because the case is only in its initial stages.

7. The extension is requested in good faith and so that justice may be served.

8. This Motion to Extend Time is being filed as soon as the parties became aware of the need for additional time.

9. Defendants are not opposed and agree to the relief requested herein.

10. For these reasons, Plaintiff asks the Court to extend the time for Defendants to file an answer or otherwise plead in response to the Complaint until and including January 29, 2021.

Filed this the 14th day of January, 2021.

Respectfully submitted,

/s/ Rajkumar Vinnakota
Rajkumar Vinnakota
State Bar No. 24042337
Sean N. Hsu
State Bar No. 24056952
**Janik Vinnakota LLP**
Gateway Tower
8111 LBJ Freeway, Suite 790
Dallas, TX 75251
214-390-9999 (Telephone)
214-586-0680 (Facsimile)
kvinnakota@jvllp.com (Email)
shsu@jvllp.com (Email)

**ATTORNEYS FOR PLAINTIFF SIGNAZON CORP.**

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that Counsel for Plaintiff and Counsel for Defendants conferred on January 13, 2021 regarding the matters set forth in this Motion. Counsel agreed to the relief requested, and the Motion is submitted to the Court as agreed.

      /s/ Rajkumar Vinnakota
**Rajkumar Vinnakota**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via email on January 14, 2021.

      /s/ Rajkumar Vinnakota
**Rajkumar Vinnakota**