IN UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SIGNAZON CORP., d/b/a SIGNAZON.COM § § § *Plaintiff*, § § v. § CIVIL ACTION NO. 3:20-cv-3432 § FIRST GRAPHIC SERVICES, INC., § and RICHARD D. CARTWRIGHT, § § *Defendants*. § | |

### PLAINTIFF SIGNAZON CORP., d/b/a SIGNAZON.COM'S UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL GLENN E. JANIK

Plaintiff Signazon Corp. d/b/a Signazon.com ("Plaintiff" and/or "Signazon") respectfully requests that Glenn E. Janik be withdrawn as counsel of record for Defendants. The reason for this request is that Mr. Janik tragically passed away December 8, 2020.

No other changes are requested at this time regarding the other attorneys acting as counsel of record.

DATED: January 14, 2021    Respectfully submitted,

            /s/ Rajkumar Vinnakota
            Rajkumar Vinnakota
            State Bar No. 24042337
            Sean N. Hsu
            State Bar No. 24056952
            **Janik Vinnakota LLP**
            Gateway Tower
            8111 LBJ Freeway, Suite 790
            Dallas, TX 75251
            214-390-9999 (Telephone)
            214-586-0680 (Facsimile)
            kvinnakota@jvllp.com (Email)
            shsu@jvllp.com (Email)

            **ATTORNEYS FOR PLAINTIFF**
            **SIGNAZON CORP.**

## **CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that Counsel for Plaintiff discussed the motion for withdrawal of counsel Glenn E. Janik with Counsel for Defendants on January 14, 2021, who indicated that she is unopposed to the relief requested.

            */s/ Rajkumar Vinnakota*
            Rajkumar Vinnakota

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via email on January 14, 2021.

            */s/ Rajkumar Vinnakota*
            Rajkumar Vinnakota